IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TREYON ANTONIO WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-141
)
JOHN T. WILCHER, Sheriff; )
CAPTAIN WARREN; LT. BLANTON; )
and DEPUTY THOMAS; )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff Treyon Antonio Williams's Notice of Voluntary Dismissal With Prejudice. (Doc. 18.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Defendants have not objected to dismissal. After careful consideration, Plaintiff's request is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of December 2018.

                          WILLIAM T. MOORE, JR.
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF GEORGIA